UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24-CR-275 |
| STEVEN STAMBAUGH, | : | (JUDGE MANNION) |
| Defendant | : | |

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA   18501

**COURTROOM:** 3

**DATE AND TIME:**
Tuesday, October 28, 2025
at 2:30 p.m.

**TYPE OF PROCEEDING:** Pretrial Diversionary Hearing

**DATE:** October 21, 2025

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:**   HON. MALACHY E. MANNION, US DISTRICT JUDGE
JOSEPH J. TERZ, ESQ., AUSA
TIMOTHY PARLATORE, ESQ./HEIDI FREESE, ESQ./JERRY RUSSO, ESQ
U.S. MARSHAL
U.S. PROBATION
CT. REPORTER