UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24-CR-275 |
| STEVEN STAMBAUGH, | : | (JUDGE MANNION) |
| Defendant | : | |

### O R D E R

In accordance with the memorandum filed this same day, **IT IS HEREBY ORDERED** that the Pretrial Diversion Agreement between the Government and Mr. Stambaugh is **APPROVED**.

                                                                    _____
                                                                    MALACHY E. MANNION
                                                                    United States District Judge

DATE: October 28, 2025
24-275-01