# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA :** | CR. NO.  1:24-CR-00275 | |
| : | | |
| **v.** | : | **(Judge Mannion)** |
| : | | |
| **STEVEN STAMBAUGH,** | : | |
| **Defendant.** | : | **Electronically Filed** |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Middle District of Pennsylvania, with leave of court, dismisses the Indictment against Steven Stambaugh. This dismissal is with prejudice.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: December 1, 2025

/s/ Joseph J. Terz
JOSEPH J. TERZ
Assistant U.S. Attorney
PA 55480
1501 North 6th Street, Box 202
Harrisburg, PA 17102
717-221-4482 (Office)
joseph.terz@usdoj.gov

Leave of Court is **GRANTED** for the filing of the foregoing dismissal.

Date: _____

_____
MALACHY E. MANNION
U.S. DISTRICT JUDGE